UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARENDRA ROHIT, | Case No. 5:09-CV-02249-JW |
| Plaintiff, | **ORDER DENYING STIPULATION TO COTININUE HEARING ON MOTION TO DISMISS AND TO STRIKE** |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., a Business entity, form unknown; RECONTRUST COMPANY, a Business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A Business entity, form unknown; and all persons unknown, claiming any legal or equitable right, title estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and Does 1 through 30, inclusive, | |
| Defendants. | |

1     Presently before the Court is the parties' Joint Stipulation to Continue the hearing on Defendants' Motion to Dismiss and to Strike set for a hearing on **October 26, 2009 at 9 a.m.** (Docket Item No. 10.)  The Court does not find good cause to grant the parties' Stipulation. Defendant's Motion was filed on July 22, 2009, providing Plaintiff over seventy days to file an Opposition.  This Joint Stipulation was not filed until October 1, 2009.  In addition, the parties provide no explanation as to why a continuance is sought.  Accordingly, the Court DENIES the parties' Stipulation.  Since Plaintiff has missed its deadline for filing the Opposition, the Court provides Plaintiff with a few extra days to do so.  Thus, on or before **October 9, 2009**, Plaintiff shall file its Opposition.  On or before **October 14, 2009**, Defendants shall file their Reply, if any.

Dated:   October 7, 2009

                                                  JAMES WARE  
                                                  United States District Judge