**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Narendra Rohit, | NO. C 09-02249 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Countrywide Home Loans, Inc., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on December 14, 2009. The parties have filed a Joint Case Management Statement. (Docket Item No. 19.) In their Joint Statement, the parties state that they are amendable to vacating the Conference until the Court adjudicates Defendants' pending Motion to Dismiss the First Amended Complaint notice for hearing on March 1, 2010. (Docket Item No. 17.) The Court finds good cause to VACATES the December 14 Conference. The Court will set a new conference date in its Order addressing Defendants' Motion to Dismiss, if necessary.

Dated: December 8, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Nathan de Ruig david.deruig@bryancave.com
James Goldberg james.goldberg@bryancave.com
Mahesh Kumar Bajoria mahesh@bajorialaw.com

| | |
|---|---|
| **Dated: December 8, 2009** | **Richard W. Wieking, Clerk** |
| | **By:** **/s/ JW Chambers**<br>**Elizabeth Garcia**<br>**Courtroom Deputy** |

**United States District Court**
For the Northern District of California